# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Julie Marie Blake                              , an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Matthew S. Bowman                  , an attorney admitted to practice in a United States District Court,  but not admitted to the Bar of this court, who will be counsel for the Plaintiff                  , in the case(s) listed below.  I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served.  I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_Julie Marie Blake_
**Signature of Movant/Attorney**

69643
**MO Bar Number**

April 20, 2021
**Date**

Alliance Defending Freedom
**Address**

(202) 347-3622
**Phone**

440 First Street, NW, Ste. 600

Washington, DC 20001

### Affidavit of Proposed Admittee

I, Matthew S. Bowman                              , certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court.  I am a member in good standing in the state(s) of District of Columbia; Michigan    and the United States District Court(s) of E.D. of Michigan; District of Columbia; W.D. of Wisconsin        . (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member.  I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.  I am aware that I can register to receive CM/ECF filings.  I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
6:21-cv-03089-RK

**Case Title(s)**
College of the Ozarks v. Biden

**Date:** 4/20/2021

**Signature:** _M. Bowman_

**State Bar of Residence & Bar Number:**
District of Columbia, Bar No. 993261

**Address:** 440 First Street, NW, Ste. 600

Washington, DC 20001

**Phone:** (202) 393-8690

**Email:** mbowman@adflegal.org

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Federal Rules of Civil Procedure, a copy of this petition will be served upon the following individuals and agencies via registered or certified mail:

**U.S. Department of Housing and Urban Development**
451 7th Street S.W.,
Washington, DC 20410

**Acting U.S. Attorney Teresa A. Moore**
Attn: Civil-Process Clerk
Western District of Missouri
Charles Evans Whittaker Courthouse
U.S. Attorney's Office
Room 5510
400 East 9th Street
Kansas City, MO 64106

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Joseph R. Biden, Jr.**
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

**Marcia L. Fudge**
Secretary of the U.S. Department of Housing and Urban Development
U.S. Department of Housing and Urban Development
451 7th Street S.W.,
Washington, DC 20410

**Jeanine M. Worden**
Acting Assistant Secretary for Fair Housing & Equal Opportunity of the U.S. Department of Housing and Urban Development
U.S. Department of Housing and Urban Development
451 7th Street S.W.,
Washington, DC 20410

Respectfully submitted this 20th day of April, 2021.

*s/ Julie Marie Blake*
Julie Marie Blake

*Attorney for Plaintiff*