IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE SCHOOL OF THE OZARKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-03089-CV-RK |
| ) | |
| JOSEPH R. BIDEN JR., IN HIS OFFICIAL ) | |
| CAPACITY AS PRESIDENT OF THE ) | |
| UNITED STATES; et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff The School of the Ozarks, Inc.'s motion for injunction pending appeal. (Doc. 22.) After careful consideration, the motion is **DENIED** for the reasons set forth in the Court's order of June 4, 2021 (Doc. 24).

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 9, 2021