No: 21-2270

The School of the Ozarks, Inc., doing business as College of the Ozarks

Appellant

v.

Joseph R. Biden, Jr., in his official capacity as President of the United States, et al.

Appellees

------------------------------

Institute for Faith and Family, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03089-RK)

_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 30, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans